No. 1321. GREENBERG *v.* DUNKER. Sup. Ct. La. Certiorari denied. *Gilbert P. Cohen* for petitioner.

No. 1328. BELT & TERMINAL REALTY CO. ET AL. *v.* HOPKINS ET AL. Sup. Ct. Ohio. Certiorari denied. *David J. Hopkins, pro se,* and *James Easly* for Belt & Terminal Realty Co. et al., petitioners. *William F. Snyder* for respondents.

No. 1333. LENSKE ET AL. *v.* STEINBERG ET AL. C. A. 9th Cir. Certiorari denied. *Reuben Lenske, pro se,* and for other petitioners.

No. 1334. GRUNEBAUM ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Walter Freedman* and *Michael I. Smith* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters, Stuart A. Smith,* and *David English Carmack* for respondent.

No. 1339. · COPELAND *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Peter J. Hughes* for petitioner. *Solicitor General Griswold* for the United States.

No. 1352. TYMINSKI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Henry Mark Holzer* for petitioner. *Solicitor General Griswold* for the United States.

No. 1354. VYSE ET AL. *v.* LOWERY ET AL. Ct. App. N. Y. Certiorari denied. *Jay Leo Rothschild* for petitioners. *J. Lee Rankin, Stanley Buchsbaum,* and *Edmund B. Hennefeld* for respondents.